# United States Court of Appeals
## For the First Circuit

No. 09-2201

COLLEGE OF DENTAL SURGEONS OF PUERTO RICO,

Plaintiff, Appellee,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND
METROPOLITAN LIFE INSURANCE COMPANY,

Defendants, Appellants.

_____

TRIPLE-S MANAGEMENT, INC., ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 22, 2009 is corrected as follows:

On page 3, line 9, change

September 1, 2008 to

September 1, 2009